## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD OLSON AND 6 BITS, INC., : No. 835 MAL 2014
:
Respondents :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOHN F. SAYERS, IV AND K.S.A. :
VENDING, INC., :
:
Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.